# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. NEETI KOHLI, )<br>)<br>Plaintiff, )<br>)<br>v.  )<br>)<br>1. McGEE EYE SURGERY CENTER )<br>   LLC, and )<br>)<br>2. THE GROUP LLC, )<br>)<br>Defendants. ) | Case No. CIV-17-542-C |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the Parties, and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above-captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 26th DAY DECEMBER 2018.**

s/Mark Hammons
Mark Hammons, OBA No. 3784
HAMMONS GOWENS HURST
AND ASSOCIATES
325 Dean A McGee Ave
Oklahoma City, Ok 73102
Telephone: 405-235-6100
Facsimile: (405) 235-6111
amberashby@hammonslaw.com
*Attorney for Plaintiff*

s/ Michael Furlong
(*Signed with Permission*)
Rick Warren, OBA #21401
Michael Furlong, OBA #31063
Hartzog Conger Cason & Neville
201 Robert S. Kerr Ave., Ste. 1600
Oklahoma City, OK 73102
Telephone: (405) 235-7000
Facsimile: (405 996-3403
rwarren@hartzoglaw.com
mfurlong@hartzoglaw.com
*Attorneys for The Group*

s/Joshua w. Solberg
(*Signed with Permission*)
Michael F. Lauderdale, OBA #14265
Joshua W. Solberg, OBA #22308
Paige H. Good, OBA #31595
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
mike.lauderdale@mcafeetaft.com
josh.solberg@mcafeetaft.com
paige.good@mcafeetaft.com
*Attorneys for McGee Eye Surgery Center*